UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. S-09-07 EFB |
| v. ) | |
| ) | |
| TIMOTHY LYNN CARROLL ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee:    Timothy Lynn Carroll
Detained at (custodian): Rio Cosumnes Correctional Center

Detainee is:
- a.) (x) charged in this district by: ( ) Indictment (x) Information ( ) Complaint
  charging detainee with: 18 USC § 1028(a)(6) - Identity Theft
- or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) (x) return to the custody of detaining facility upon termination of proceedings
- or b.) ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on February 23, 2009, at 10:00 a.m. in the Eastern District of California, for initial appearance and entry of plea..*

| | |
|---|---|
| Signature: | /s/ Heiko Coppola for: |
| Printed Name & Phone No: | Matthew C. Stegman; (916) 554-2793 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on February 23, 2009, at 10:00 a.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: February 4, 2009

_____
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Male (X)   Female |
| Booking or CDC #: | Xref 3899243 | DOB: 07/16/1986 |
| Facility Address: | Rio Cosumnes Correctional Center | Race: Caucasian |
| | 12500 Bruceville Road | FBI #: 53090PC7 |
| | Elk Grove, CA 95757 | |
| Facility Phone: | (916) 874-1927 | |
| Currently Incarcerated For: | Vehicle Theft; Burglary | |

### RETURN OF SERVICE

Executed on _____  By: _____
                                                                                                 (Signature)