1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Staff Attorney/Misdemeanor Unit
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      ) No. 09-CR-7-EFB
                                  )
11           Plaintiff,           ) STIPULATION AND ORDER
                                  )
12    v.                          ) Date:  April 13, 2009
                                  ) Time:  10:00 a.m.
13 TIMOTHY LYNN CARROLL,          ) Judge: Hon. Edmund F. Brennan
                                  )
14           Defendant.           )
   _____)

15

16      The United States of America, through Matthew C. Stegman,

17 Assistant United States Attorney, together with defendant, Timothy Lynn

18 Carroll, through counsel, Michael Petrik, Jr., request that the Court

19 continue the trial confirmation hearing set for April 13, 2009, at

20 10:00 a.m., to April 27, 2009, at 10:00 a.m.

21      The parties agree that the Court should exclude the time period

22 from the date of this order through April 27, 2009, to allow Mr.

23 Carroll to consult with counsel regarding a plea agreement proposed by

24 the government.

25 / / /

26 / / /

27 / / /

28 Stipulation And [Proposed] Order        1                    09-CR-7-EFB

1 The parties further agree that the ends of justice served by
2 granting defendant's request for a continuance outweigh the best
3 interest of the public and the defendant in a speedy trial, and that
4 for the purpose of computing time under the Speedy Trial Act, 18 U.S.C.
5 § 3161, et seq., within which trial must commence, the Court should
6 exclude the noted time period pursuant to 18 U.S.C. §
7 3161(h)(8)(B)(iv), [Local Code T4].

9 Dated: April 9, 2009                    Respectfully submitted,
10                                         DANIEL J. BRODERICK
                                           Federal Defender
11
                                           /s/ M.Petrik
12                                         _____
                                           MICHAEL PETRIK, Jr.
13                                         Staff Attorney/Misdemeanor Unit

15 Dated: April __, 2009                   LAWRENCE G. BROWN
                                           Acting United States Attorney
16
                                           /s/ Matthew C. Stegman
17                                         _____
                                           MATTHEW C. STEGMAN
18                                         Assistant U.S. Attorney

20                                **O R D E R**
21     **SO FOUND AND ORDERED.**
22 Dated:  April 13, 2009.
                                           _____
23                                         EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE