# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**TIMOTHY LYNN CARROLL**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:09CR00007-01**

Lauren Cusick, AFD
Defendant's Attorney

**THE DEFENDANT:**
[✔]  admitted guilt to violation of charge(s) 1-7 as alleged in the violation petition filed on 01/28/2010.
[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on 09/28/2010.

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) __ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

July 19, 2010
Date of Imposition of Sentence

*/s/ Edmund F. Brennan*
Signature of Judicial Officer

**EDMUND F. BRENNAN**, United States Magistrate Judge
Name & Title of Judicial Officer

July 22, 2010
Date

AO 245D-CAED (Rev. 3/04) Judgment in a Criminal Case for Revocation Sheet 1      Case 2:09-cr-00007-EFB   Document 38   Filed 07/22/10   Page 2 of 4

CASE NUMBER: 2:09CR00007-01  
DEFENDANT: TIMOTHY LYNN CARROLL

Judgment - Page 2 of 4

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1. | New Law Violation | 12/21/2009 |
| 2. | Failure to Participate in Drug Testing | 10/23/2009 - 01/20/2010 |
| 3. | Failure to Participate in Substance Abuse Counseling | 12/2009 |
| 4. | Failure to Notify of Law Enforcement Contact within Seventy-Two Hours | 12/21/2009 |
| 5. | New Law Violation | 01/20/2010 |
| 6. | Possession of a Firearm | 01/20/2010 |
| 7. | Failure to Notify of a Change in Residence | 01/13/2010 |

CASE NUMBER:     2:09CR00007-01                                                                 Judgment - Page 3 of 4
DEFENDANT:       TIMOTHY LYNN CARROLL

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months as to Count 1 and 2, to be served concurrently to each other.

[✔]     The court makes the following recommendations to the Bureau of Prisons:
         The Court recommends that the defendant be housed at the Federal Correctional Institution (FCI) Herlong, but only insofar as this accords with security classification and space availability.

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
         [ ] at ___ on ___.
         [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
         [ ] before _ on ___.
         [ ] as notified by the United States Marshal.
         [ ] as notified by the Probation or Pretrial Services Officer.
         If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

 

 

 

        Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

 

                                                                                    UNITED STATES MARSHAL

                                                          By _____
                                                                            Deputy U.S. Marshal

## SPECIAL CONDITIONS

1. Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect. While incarcerated, payment of any financial obligations are due during imprisonment of not less than $25.00 per quarter and payment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.